UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| United States of America, | Case No. 02-cr-0407 (WMW/AJB) |
|---|---|
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| v. | |
| Harry Kwabena Ossei, | |
| Defendant. | |

---

WHEREAS, on November 29, 2018, the Court entered a Preliminary Order of Forfeiture ordering Defendant Harry Kwabena Ossei to forfeit property to Plaintiff United States of America pursuant to 18 U.S.C. § 853(p), in conjunction with 28 U.S.C. § 2461(c);

WHEREAS, the United States posted a Notice of Criminal Forfeiture for at least 30 consecutive days on an official government Internet site (www.forfeiture.gov), beginning on December 4, 2018, providing notice of the intention of the United States to dispose of the property described below in accordance with law, and of the right of third parties to petition the Court within 60 days after the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. Plaintiff United States of America's motion for a final order of forfeiture as to substitute property, (Dkt. 53), is **GRANTED**.

2. All right, title and interest in the following property are hereby forfeited to and vested in the United States, pursuant to 18 U.S.C. § 853(p), in conjunction with 28 U.S.C. § 2461(c):

    a. 1444 Granada Avenue North, Oakdale, legally described as Lot 41, Block 1, Charter Oaks, Washington County, Minnesota, PIN 30.029.21.31.0043;

    b. 1456 Granada Avenue North, Oakdale, legally described as Lot 40, Block 1, Charter Oaks, Washington County, Minnesota, PIN 30.029.21.31.0044; and

    c. $200.81 in unclaimed currency.

3. The above-described property shall be disposed of by the United States in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 15, 2019

s/Wilhelmina M. Wright  
Wilhelmina M. Wright  
United States District Judge